Below is an Order of the Court.

_David W. Hercher_
DAVID W. HERCHER
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Steven S. Sobella<br>Brenda K. Sobella; and<br>Sobella Nursery, Inc.,<br><br><br><br>Debtors. | Bankruptcy Case Nos.:<br><br>17-34449-dwh12 (Lead Case)<br><br>17-34446-dwh12<br><br>Jointly Administered Under<br>Case No. 17-34449-dwh12<br><br>FINAL ORDER AUTHORIZING USE OF<br>CASH COLLATERAL |

THIS MATTER came before the Court on December 18, 2017 on the motion of

the above Debtors (collectively "Debtors"), for authority to use cash collateral ("Motion")

(Dkt. No. 16), due and adequate notice under the circumstances having been given,

and the Court having heard the representations and argument of counsel, and being

otherwise fully advised

The Court finds that the entity, Northwest Farm Credit Services, PCA (the "Lien

Creditor"), may claim a lien in the Cash Collateral based upon the following:

Page 1 of 5 - FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL

| Lien Creditor | UCCs | Amount Owing | Collateral | County |
|---|---|---|---|---|
| Northwest Farm Credit Services, PCA | 7466918-1 7466918-2 7466918-3 | $1,390,431.37 | Nursery Stock (and products) (Farm Product Code 0907) | Clackamas (County Code 03) |

NOW, THEREFORE, it is ORDERED as follows:

1.      Debtors are authorized to use Cash Collateral of $428,314.00 for the period from November 30, 2017 through and including April 27, 2018 (the "Budget Period") in accordance with the attached Budget (**Exhibit 1**). Debtor's authority to use Cash Collateral is limited to the uses of cash collateral as set forth in the Budget; together with a 15% cumulative variance.

2.      As adequate protection, the Lien Creditor is granted a replacement lien upon all post-petition assets of the Debtors which are of the identical description to its prepetition collateral.

3.      Debtors will timely perform and complete all actions necessary and appropriate to protect Lien Creditor's collateral against diminution in value.

4.      Nothing in this Order shall be construed to (a) grant a security interest in the Debtors' or trustee's avoidance powers; (b) convert any prepetition obligations into post-petition obligations; (c) require payment of any obligations on confirmation of a plan of reorganization, except as otherwise provided under the Bankruptcy Code; (d) alter, improve, limit or impair the rights, if any, of parties claiming to have rights of reclamation against Debtors, or its assets or (e) enhance the secured position of any creditor as of the Petition Date.  Further, nothing in this order shall preclude Lien Creditors from asserting claims for any further amounts that may be owed by the Debtors.

/ / /

5.     Debtors are authorized to execute and deliver to the Lien Creditor such instruments considered by the Lien Creditor to be necessary or desirable to perfect the secured interests and liens given to the Lien Creditor, and the Lien Creditor is authorized to receive, file, and record the same.

6.     Nothing contained in this Order shall constitute a determination as to the amount, validity, or priority of any pre-petition obligation, security interest, or lien and all rights of parties in interest to claim that any pre-petition lien or security interest in Debtors' property is unperfected, unenforceable, invalid, or voidable, are reserved. Additionally, nothing in this Order shall constitute an admission or acknowledgement by Debtors that any party has a valid or perfected lien in the cash of Debtors now existing or subsequently received, and the references herein to "Cash Collateral" are without prejudice to all rights, defenses, and claims of Debtors to contend that any party does not have a perfected lien or security interest in such collateral.

7.     Debtors' authority to use Cash Collateral may be extended beyond the amount in Paragraph 1 or the Budget Period by mutual agreement of the Debtors and the Lien Creditor.  In the event of such agreement, Debtors may submit a further order extending Debtors' authority to use Cash Collateral on the same terms and conditions as provided herein without an additional motion or hearing.  Notice of the proposed extension, including the applicable Budget, shall be provided to creditors and parties in interest with 14 days for filing objections thereto.  If no objections are received, the extension order will take effect upon its stated date of commencement.

8.     In the event of a default under the terms of this Order, and unless the Debtors cure such default within ten (10) days after receiving written notice of the default, the Debtors' right to use Cash Collateral shall be terminated and the Debtors

shall be further prohibited from using Cash Collateral without obtaining a court order allowing such use.

9. Except as otherwise authorized by an order of this Court, the Debtors shall deposit all funds received since the Petition Date and during the pendency of this case in the Debtors' bank account or accounts and that all expenses of the Debtors during the pendency of this case shall be paid from such accounts. Debtors shall not prepay expenses except in the ordinary course of business or as authorized by a court order.

10. Debtors shall pay Lien Creditor the sum of $9,500 per month as an adequate protection payment for use of cash collateral through the period ending January 5, 2018 and shall pay Lien Creditor the sum of $11,393.63 per month as an adequate protection payment for use of cash collateral for the period beginning January 6, 2018 and ending April 27, 2018. Nothing in this Order shall constitute a determination on the application of such payments by Lien Creditor to its claim(s) against the Debtors, and this Order is without prejudice to any terms provided by the Debtors in their Chapter 12 Plan. Debtors to promptly provide to the Chapter 12 Trustee proof of payment of the adequate protection payments.

11. Northwest Farm Credit Services, FLCA's Loan No. 4077 (last 4 digits) shall be kept current.

12. Debtor Steven S. Sobella shall be limited to a salary of not more than $5,500.00 per month.

13. This Order does not contain any of the "disfavored provisions" listed in LBF #541.7.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

PRESENTED BY:


By:/s/Robert J Vanden Bos
    Robert J Vanden Bos, OSB #781002
    Douglas R. Ricks, OSB #044026
    VANDEN BOS & CHAPMAN, LLP
    319 SW Washington St. Ste. 520
    Portland, OR 97204
    Telephone: 503-241-4869
    Fax: 503-241-3731

    Of Attorneys for Debtors
    Steven S. and Brenda K. Sobella

**First Class Mail:**

See Attached List.

By:/s/Nicholas J. Henderson
    Nicholas J Henderson, OSB #074027
    MOTSCHENBACHER & BLATTNER LLP
    117 SW Taylor St., Ste. 300
    Portland, OR 97204
    Telephone: 503-417-0508
    Fax: 503-417-0528
    Email: nhenderson@portlaw.com
    Of Attorneys for Debtor
    Sobella Nursery, Inc.

**Electronic Mail:**
The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

**Name:** Sobella Farms

| Week | Wk1 12/08/17 | Wk2 12/15/17 | Wk3 12/22/17 | Wk4 12/29/17 | Wk5 01/05/18 | WK5 TOTAL | Wk6 01/12/18 | Wk7 01/19/18 | Wk8 01/26/18 | Wk9 02/02/18 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Initial Cash Balance** | 33,000 | 304,554 | 321,389 | 304,531 | 304,531 | 33,000 | 288,248 | 306,378 | 270,619 | 260,344 |
| Sales – SF Stock Shipped | 0 | 16,742 | 3,127 | 0 | 5,422 | 25,291 | 0 | 0 | 0 | 0 |
| Sales – SF Stock Pending | 0 | 0 | 12,000 | 0 | 0 | 12,000 | 0 | 0 | 0 | 0 |
| Sales – BIP Sales Pending | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales – BIP Sales Shipped | 5,040 | 12,663 | 10,707 | 0 | 0 | 28,410 | 0 | 0 | 0 | 0 |
| Pre-Payment | 0 | 0 | 0 | 0 | 0 | 0 | 25,000 | 0 | 0 | 0 |
| Custom Work | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Cash For Operations** | 38,040 | 333,959 | 347,222 | 304,531 | 309,953 | 98,700 | 313,248 | 306,378 | 270,619 | 260,344 |
| **Income from Other Sources** | | | | | | | | | | |
| FPF Balance | 293,000 | 0 | 0 | 0 | 0 | 293,000 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Income from Other Sources** | 293,000 | 0 | 0 | 0 | 0 | 293,000 | 0 | 0 | 0 | 0 |
| **Total Cash Inflows** | 331,040 | 333,959 | 347,222 | 304,531 | 309,953 | 391,700 | 313,248 | 306,378 | 270,619 | 260,344 |
| **Farm Operating Expenses** | | | | | | | | | | |
| Labor BIWeekly +1 Monthly Salary | 15,796 | 0 | 9,200 | 0 | 7,000 | 31,996 | 0 | 10,500 | 0 | 4,500 |
| Labor BB Harvest | 1,200 | 0 | 0 | 0 | 3,000 | 4,200 | 0 | 7,000 | 0 | 9,200 |
| Employee- Witholding Fed.& State | 6,000 | 0 | 3,300 | 0 | 3,900 | 13,200 | 0 | 7,800 | 0 | 6,600 |
| Burlap Twine | 0 | 0 | 0 | 0 | 0 | 0 | 3,000 | 0 | 3,500 | 0 |
| Plastic Pots Harvest 2018 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Har. Soil | 0 | 0 | 0 | 0 | 870 | 870 | 1,100 | 6,000 | 1,100 | 1,100 |
| Nursery Supplies+Stakes | 950 | 0 | 0 | 0 | 1,500 | 2,450 | 0 | 0 | 0 | 0 |
| Soil Mix Production | 0 | 1,400 | 0 | 0 | 0 | 1,400 | 0 | 0 | 0 | 0 |
| Chemicals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,500 |
| Fertilizer/Lime | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BI-Plants Shipped | 0 | 0 | 27,000 | 0 | 0 | 27,000 | 0 | 0 | 0 | 21,560 |
| BI Plants Pending to Ship | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BI-Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Liners | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lumber: Shipping | 0 | 1,270 | 0 | 0 | 0 | 1,270 | 0 | 0 | 0 | 0 |
| Irrigation Parts & Repair | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utilities: Water Kelso | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utilities: Electric (PGE) | 201 | 0 | 0 | 0 | 310 | 511 | 0 | 0 | 0 | 0 |
| Utilities: Telephone/Internet/Cell | 100 | 0 | 285 | 0 | 100 | 485 | 0 | 285 | 0 | 100 |
| Monthly Bills (WM/TT) | 0 | 275 | 0 | 0 | 275 | 550 | 0 | 0 | 275 | 0 |
| Gasoline | 125 | 175 | 0 | 0 | 125 | 425 | 0 | 175 | 0 | 125 |
| Diesel-Farm | 0 | 0 | 0 | 0 | 500 | 500 | 0 | 0 | 0 | 850 |
| Propane | 0 | 0 | 0 | 0 | 500 | 500 | 0 | 0 | 750 | 0 |
| Equipment Repairs & Parts | 0 | 460 | 0 | 0 | 0 | 460 | 1,400 | 0 | 0 | 0 |
| Auto/Truck Repair & Parts | 0 | 888 | 0 | 0 | 0 | 888 | 0 | 500 | 0 | 0 |

Exhibit 1 - Page 2 of 4

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 51 | Insurance - SAIF | 1,195 | 0 | 0 | 0 | 1,195 | 0 | 0 | 0 | 0 |
| 52 | Insurance - John Hancock | 819 | 0 | 0 | 0 | 819 | 870 | 0 | 0 | 870 |
| 53 | Insurance - Liberty Mutual-Php | 0 | 0 | 708 | 0 | 708 | 0 | 1,804 | 0 | 0 |
| 54 | Taxes: Property Farm | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 55 | Accounting | 0 | 0 | 0 | 600 | 600 | 0 | 0 | 600 | 0 |
| 56 | Employee: Qtr Witholding | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,800 | 0 |
| 57 | Fed. Tax 2017 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 58 | Oregon Tax 2017 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 59 | Custom – ACS Office-Software | 0 | 0 | 0 | 150 | 150 | 0 | 0 | 0 | 0 |
| 60 | Ore.License/Dues | 100 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| 61 | Farm X Expense | 0 | 400 | 400 | 500 | 1,300 | 500 | 500 | 500 | 500 |
| 62 | **Total Farm Operating Expenses** | 26,486 | 3,070 | 42,691 | 19,330 | 91,577 | 6,870 | 35,759 | 10,275 | 46,905 |
| | | | | | | | | | | |
| | **Capital, Debt & Misc. Payments** | | | | | | | | | |
| | Northwest Farm Credit Services, FLCA | 0 | 9,500 | 0 | 2,375 | 11,875 | 0 | 0 | 0 | 0 |
| | Kubota Loan Payment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Total Cap. Debt & Misc. Pmts** | 0 | 9,500 | 0 | 2,375 | 11,875 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | |
| | **Total Cash Outflows** | 26,486 | 12,570 | 42,691 | 21,705 | 103,452 | 6,870 | 35,759 | 10,275 | 46,905 |
| | | | | | | | | | | |
| | **Cash Required by Month** | 26,486 | 12,570 | 42,691 | 21,705 | 103,452 | 6,870 | 35,759 | 10,275 | 46,905 |
| | | | | | | | | | | |
| | **Ending Outstanding Balance** | 304,554 | 321,389 | 304,531 | 288,248 | 288,248 | 306,378 | 270,619 | 260,344 | 213,439 |

| # | Wk10 02/09/18 | Wk11 02/16/18 | Wk12 02/23/18 | Wk13 03/02/18 | Wk14 03/09/18 | Wk15 03/16/18 | Wk16 03/23/18 | Wk17 03/30/18 | Wk18 04/06/18 | Wk19 04/13/18 | Wk20 04/20/18 | Wk21 04/27/18 | Wk21 TOTAL | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | 33,000 |
| 2 | 213,439 | 208,679 | 173,805 | 168,305 | 151,355 | 146,700 | 110,326 | 132,626 | 124,201 | 119,876 | 105,801 | 113,601 | 288,248 | 25,291 |
| 6 | 0 | 0 | 0 | 12,000 | 0 | 0 | 25,000 | 12,000 | 0 | 15,000 | 12,000 | 15,000 | 91,000 | 103,000 |
| 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28,410 |
| 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25,000 | 25,000 |
| 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25,000 | 25,000 | 25,000 |
| 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C2 | 213,439 | 208,679 | 173,805 | 180,305 | 151,355 | 146,700 | 135,326 | 144,626 | 124,201 | 134,876 | 117,801 | 128,601 | 404,248 | 214,700 |
| | | | | | | | | | | | | | 0 | 293,000 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 293,000 |
| | 213,439 | 208,679 | 173,805 | 180,305 | 151,355 | 146,700 | 135,326 | 144,626 | 124,201 | 134,876 | 117,801 | 128,601 | 404,248 | 507,700 |
| 26 | 0 | 7,600 | | 5,500 | 0 | 11,500 | 0 | 12,000 | 0 | 17,000 | 0 | 12,000 | 80,600 | 112,596 |
| 27 | 0 | 12,400 | 0 | 9,500 | 0 | 8,000 | 0 | 0 | 0 | 0 | 0 | 0 | 46,100 | 50,300 |
| 28 | 0 | 8,800 | 0 | 6,600 | 0 | 8,200 | 0 | 5,600 | 0 | 7,200 | 0 | 4,900 | 55,700 | 68,900 |
| 29 | 1,200 | 0 | 1,300 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9,000 | 9,000 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,000 | 6,000 |
| | 1,100 | 1,100 | 2,300 | 2,300 | 1,100 | 1,100 | 2,200 | 2,200 | 1,100 | 1,100 | 1,100 | 20,000 | 20,000 | 20,870 |
| | 0 | 750 | 0 | 750 | 0 | 0 | 0 | 500 | 500 | 0 | 0 | 2,750 | 2,750 | 5,200 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,400 |
| | 0 | 0 | 0 | 2,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,500 | 3,500 | 3,500 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,000 | 2,000 | 2,000 | 2,000 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21,560 | 21,560 | 48,560 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,665 | 3,665 | 3,665 |
| 38 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 39 | 0 | 0 | 0 | 0 | 0 | 3,400 | 0 | 0 | 0 | 0 | 0 | 0 | 3,400 | 4,670 |
| 40 | 0 | 0 | 0 | 0 | 0 | 300 | 0 | 0 | 0 | 250 | 0 | 0 | 550 | 550 |
| 41 | 450 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 400 | 400 | 400 |
| 42 | 285 | 0 | 0 | 0 | 500 | 0 | 0 | 0 | 650 | 0 | 0 | 0 | 1,600 | 2,111 |
| 43 | 285 | 0 | 0 | 100 | 500 | 0 | 0 | 0 | 100 | 285 | 0 | 0 | 1,440 | 1,925 |
| 44 | 275 | 0 | 0 | 275 | 285 | 0 | 0 | 0 | 275 | 0 | 0 | 1,100 | 1,100 | 1,650 |
| 45 | 275 | 175 | 0 | 275 | 0 | 175 | 0 | 125 | 275 | 175 | 0 | 125 | 1,200 | 1,625 |
| 46 | 0 | 175 | 0 | 125 | 0 | 175 | 0 | 125 | 0 | 175 | 0 | 125 | 2,050 | 2,550 |
| 47 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,200 | 1,200 | 0 | 0 | 0 | 1,500 | 2,000 |
| 48 | 0 | 750 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,500 | 2,000 |
| 49 | 0 | 0 | 0 | 0 | 1,400 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,800 | 3,260 |
| 50 | 0 | 0 | 500 | 500 | 0 | 0 | 0 | 0 | 0 | 500 | 0 | 0 | 1,500 | 2,388 |

Exhibit 1 - Page 3 of 4

Case 17-34449-dwh12 Doc 58 Filed 12/28/17

Exhibit 1 - Page 4 of 4

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | 5,975 | 4,780 | 0 | 0 | 1,195 | 0 | 0 | 0 | 1,195 | 0 | 0 | 0 | 1,195 | 0 |
| 52 | 4,299 | 3,480 | 0 | 0 | 870 | 0 | 0 | 0 | 0 | 870 | 0 | 0 | 0 | 0 |
| 53 | 5,320 | 4,612 | 0 | 0 | 0 | 0 | 0 | 0 | 1,404 | 0 | 0 | 0 | 1,404 | 0 |
| 54 | 950 | 950 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 950 |
| 55 | 3,000 | 2,400 | 0 | 600 | 0 | 0 | 0 | 0 | 600 | 0 | 0 | 600 | 0 | 0 |
| 56 | 7,300 | 7,300 | 4,500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 57 | 25,000 | 25,000 | 25,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 58 | 10,000 | 10,000 | 10,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 200 | 0 |
| 59 | 1,950 | 1,800 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 800 | 800 | 0 | 0 | 0 |
| 60 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 61 | 9,300 | 8,000 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| 62 | 428,314 | 336,737 | 61,090 | 4,200 | 29,075 | 4,325 | 20,425 | 2,700 | 36,374 | 4,655 | 28,950 | 5,500 | 34,874 | 4,760 |
| 63 | | | | | | | | | | | | | | |
| 64 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 11,875 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 11,875 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 440,189 | 336,737 | 61,090 | 4,200 | 29,075 | 4,325 | 20,425 | 2,700 | 36,374 | 4,655 | 28,950 | 5,500 | 34,874 | 4,760 |
| | 440,189 | 336,737 | 61,090 | 4,200 | 29,075 | 4,325 | 20,425 | 2,700 | 36,374 | 4,655 | 28,950 | 5,500 | 34,874 | 4,760 |
| 65 | 67,511 | 67,511 | 67,511 | 113,601 | 105,801 | 119,876 | 124,201 | 132,626 | 110,326 | 146,700 | 151,355 | 168,305 | 173,805 | 208,679 |

<u>In re Steven S. and Brenda K. Sobella</u>;
Ch 12 Bankruptcy Case No. 17-34449-dwh12 (Lead Case)
<u>In re Sobella Nursery, Inc.</u>;
Ch 12 Bankruptcy Case No. 17-34446-dwh12
Service List

Steven S. Sobella
Brenda K. Sobella
29830 SE Wheeler Rd.
Boring, OR  97009

Sobella Nursery, Inc.
Attn:  Steve S. Sobella
PO Box 1138
Boring, OR  97009

**Special Notice:**

PRA Receivables Management
LLC, PO Box 41021,
Norfolk, VA 23541

**Lien Creditor**:

Northwest Farm Credit Services, PCA
Northwest Farm Credit Services, FLCA
650 Hawthorne Ave Se, Ste 210
Salem, OR 97301

**Electronic Mail:**

The foregoing was served on all
CM/ECF participants through the
Court's Case Management/
Electronic Case File system.