Below is an Order of the Court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re: | Bankruptcy Case Nos. |
| STEVEN S. SOBELLA, and<br>BRENDA K. SOBELLA, and<br>SOBELLA NURSERY, INC.; | 17-34449-dwh12 (Lead Case)<br><br>17-34446-dwh12 |
| Debtors. | AMENDED<br>ORDER AUTHORIZING EMPLOYMENT<br>OF MOTSCHENBACHER & BLATTNER,<br>LLP AS ATTORNEYS FOR DEBTOR |

THIS MATTER having come before the Court on the application of Debtor Sobella Nursery, Inc. ("Debtor"), for an order authorizing it to employ Motschenbacher & Blattner, LLP as attorneys for Debtor; the Court having reviewed the motion and accompanying 2014 statement, and being otherwise duly advised; now, therefore,

IT IS HEREBY ORDERED as follows:

Page 1 – ORDER AUTHORIZING EMPLOYMENT OF
BANKRUPTCY COUNSEL

**Motschenbacher & Blattner, LLP**
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

1) Debtor's Application to Employ Counsel is approved, and Debtor is authorized to employ the law firm of Motschenbacher & Blattner, LLP as of ~~the Petition Date~~ December 11, 2017 as Debtor's Chapter 12 counsel to represent Debtor in conducting the case; and

2) The Debtor shall pay said attorneys for their services only upon the entry of an order of the Court approving such fees under 11 U.S.C § 330.

# # #

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Order Presented by:

M<small>OTSCHENBACHER</small> & B<small>LATTNER</small>, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Telephone: 503-417-0500
E-mail: nhenderson@portlaw.com
Of Attorneys for Debtor

**PARTIES TO SERVE**

**ECF Electronic Service:**

- Virginia Andrews Burdette    vab@andrewsburdette.com, ta@andrewsburdette.com;vbch12tr@seanet.com
- NICHOLAS J HENDERSON    nhenderson@portlaw.com, csturgeon@portlaw.com;tsexton@portlaw.com;atrauman@portlaw.com
- GINA ANNE JOHNNIE    gina@shermlaw.com, beth@shermlaw.com,sbragg@shermlaw.com,
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov
- ROBERT J VANDEN BOS    vbcservice@yahoo.com, sara@vbcattorneys.com

**Service via First-Class Mail:**

Steven S. Sobella, 29830 SE Wheeler Road, Boring, OR 97009
Brenda K. Sobella, 29830 SE Wheeler Road, Boring, OR 97009
PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541

Page 2 – ORDER AUTHORIZING EMPLOYMENT OF
          BANKRUPTCY COUNSEL

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 17-34449-dwh12    Doc 62    Filed 01/04/18