Robert J Vanden Bos, OSB #781002
Douglas R. Ricks, OSB #044026
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR 97204
Telephone: 503-241-4861
Fax: 503-241-3731

Of Attorneys for Debtors Steven S. and Brenda K. Sobella

Nicholas J Henderson, OSB #074027
MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor St., Ste. 300
Portland, OR 97204
Telephone: 503-417-0508
Fax: 503-417-0528
Email: nhenderson@portlaw.com

Of Attorneys for Debtor Sobella Nursery, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case Nos.: |
|---|---|
| Steven S. Sobella<br>Brenda K. Sobella<br>Sobella Nursery, Inc., | 17-34449-dwh12 (Lead Case)<br><br>17-34446-dwh12 |
|  | Jointly Administered Under<br>Case No. 17-34449-dwh12 |
| Debtors. | DEBTORS' JOINT MOTION TO EXTEND TIME TO SUBMIT MONTHLY REPORT FOR DECEMBER TO CHAPTER 12 TRUSTEE |

Debtors, Steven S. and Brenda K. Sobella ("Sobellas") and Sobella Nursery, Inc.

("Nursery"), hereby move the Court for an Order extending by two weeks the deadline of

Page 1 of 2   DEBTORS' JOINT MOTION TO EXTEND TIME TO SUBMIT MONTHLY REPORT FOR
DECEMBER TO CHAPTER 12 TRUSTEE

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 17-34449-dwh12    Doc 76    Filed 01/10/18

January 10, 2018 to through and including January 24, 2018 by which the Sobellas and Nursery must submit their Monthly Report to the Chapter 12 Trustee.

This extension of time is necessary due to the activities in this case, i.e., first day motions, preparing documents for Chapter 12 Trustee's review before the 341(a) meeting and preparation for that meeting and general day-to-day operations of their business. The Sobellas and Nursery request an extension of time through and including January 24, 2018 to gather and prepare their Monthly Report for December 2018.

The Chapter 12 Trustee does not have an objection to this motion.

Dated: January 10, 2018

| MOTSCHENBACHER & BLATTNER LLP | VANDEN BOS & CHAPMAN, LLP |
|---|---|
| By:/s/Nicholas J. Henderson<br>   Nicholas J. Henderson, OSB #074027<br>   Of Attorneys for Debtor<br>   Sobella Nursery, Inc. | By:/s/Robert J Vanden Bos<br>   Robert J Vanden Bos, OSB #781002<br>   Douglas R. Ricks, OSB #044026<br>   Of Attorneys for Debtors<br>   Steven S. and Brenda K. Sobella |

Page 2 of 2   DEBTORS' JOINT MOTION TO EXTEND TIME TO SUBMIT MONTHLY REPORT FOR DECEMBER TO CHAPTER 12 TRUSTEE

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 17-34449-dwh12    Doc 76    Filed 01/10/18

<u>In re Steve S. and and Brenda K. Sobella</u>
Chapter 12 Bankruptcy Case No. 17-34449-dwh12 (Lead Case); and
<u>In re Sobella Nursery, Inc.</u>;
Ch 12 Bankruptcy Case No. 17-34446-dwh 12

CERTIFICATE - TRUE COPY

DATE: January 10, 2018

DOCUMENT: DEBTORS' JOINT MOTION TO EXTEND TIME TO SUBMIT MONTHLY REPORT FOR DECEMBER TO CHAPTER 12 TRUSTEE

I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

Steven S. Sobella
Brenda K. Sobella
29830 SE Wheeler Rd.
Boring, OR 97009

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Sobella Nursery, Inc.
Attn: Steve S. Sobella
PO Box 1138
Boring, OR 97009

by mailing a copy of the above-named document to each of them in a sealed envelope, addressed to each of them at his or her last known address. Said envelopes were deposited in the Post Office at Portland, Oregon, on the above date, postage prepaid.

I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated: January 10, 2018

VANDEN BOS & CHAPMAN, LLP


By:<u>/s/Robert J Vanden Bos</u>
   Robert J Vanden Bos, OSB #781002
   Douglas R. Ricks, OSB #044026
   Of Attorneys for Debtors
   Steven S. and Brenda K. Sobella

Page 1 – CERTIFICATE OF SERVICE