IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case Nos.: |
|---|---|
| Steven S. Sobella<br>Brenda K. Sobella<br>Sobella Nursery, Inc.,<br><br><br><br>Debtors. | 17-34449-dwh12 (Lead Case)<br>17-34446-dwh12<br><br>Jointly Administered Under<br>Case No. 17-34449-dwh12<br><br>NOTICE OF NUNC PRO TUNC<br>APPLICATION FOR EMPLOYMENT<br>(Vanden Bos & Chapman, LLP) |

**TO: All Creditors and Parties of Interest**

**YOU ARE HEREBY NOTIFIED** that:

On December 8, 2017, Debtors' counsel, Vanden Bos & Chapman LLP (VBC") submitted to the Bankruptcy Court an application for employment as Debtors' Counsel (Docket No 31). VBC has submitted a Second Amended Application of Debtors Steven S. and Brenda K. Sobella for Authority to Employ Attorney Nunc Pro Tunc 11/30/17 (Vanden Bos & Chapman, LLP) on April 12, 2018 (Docket No 142) (collectively, "Application for Employment"). VBC has requested that its employment by the Debtors be effective nunc pro tunc to the Petition Date (November 30, 2017).

The amount of compensation requested by VBC for services rendered on behalf of the Debtors occurring during the eight (8) days between the Petition Date (11/30/17) and the date of the submission of the Application for Employment (December 8, 2017) is approximately $8,388.00.

**YOU ARE FURTHER NOTIFIED THAT** unless, within 21 days of the date of mailing shown below, you file written objections with the Clerk of the Bankruptcy Court, 1001 SW Fifth Avenue, Suite 700, Portland, OR 97204, and you serve a copy on the attorney for Debtor, Robert J Vanden Bos, Vanden Bos & Chapman, LLP, 319 SW Washington, Suite 520, Portland, OR 97204, setting forth in detail the basis for your objections, the Court may enter an Order approving the Application for Employment without further hearing or action.

**YOU ARE FURTHER NOTIFIED that if objections are filed, a hearing on the Application for Employment will be set by the Court in normal course.**

- OVER -

Page 1 of 2   NOTICE OF NUNC PRO TUNC APPLICATION FOR EMPLOYMENT
(Vanden Bos & Chapman, LLP)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 17-34449-dwh12   Doc 144   Filed 04/12/18

On April 12, 2018, I served copies of the above Notice of Nunc Pro Tunc Application for Employment (Vanden Bos & Chapman) and Second Amended Application of Debtors Steven S. and Brenda K. Sobella for Authority to Employ Attorney Nunc Pro Tunc 11/30/17 (Vanden Bos & Chapman, LLP) on all secured creditors; those creditors who filed claims prior to the claims bar deadline (April 3, 2018); and parties on the special notice list. **(The original Service List is attached to the original copy of this Notice filed with the Court only.**

Dated: April 12, 2018

VANDEN BOS & CHAPMAN, LLP

By:/s/Robert J Vanden Bos
　Robert J Vanden Bos, OSB #781002
　Douglas R. Ricks, OSB #044026
　Of Attorneys for Debtors
　Steven S. and Brenda K. Sobella

- OVER -

Page 2 of 2　　NOTICE OF NUNC PRO TUNC APPLICATION FOR EMPLOYMENT (Vanden Bos & Chapman, LLP)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 17-34449-dwh12　　Doc 144　　Filed 04/12/18

JOINTLY ADMINISTERED
MAILING MATRIX
Apr 12, 2018
Lead Case:

In re Steven S. & Brenda K.Sobella
Ch 12 Bky No. 17-34449-dwh12;
In re Sobella Nursery, Inc.
Ch 12 Bky No. 17-34446-dwh12

Clackamas County Assessment & Tax
150 Beavercreek Rd
Oregon City, OR 9704

Coos County Tax Collector
250 N Baxter
Coquille, OR 97423

Deschutes County Assessor
Deschutes Services Building
c/o Scott Langdton, Assessor
1300 NW Wall Street, Suite 200
Bend, OR 97701

Ekstrom & Schmidt Nursery, LLC
3199 SE 302nd Ave.
Troutdale, OR 97060

Frontier Communications
Bankruptcy Dept
19 John St
Middletown NY 10940

IRS
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101
IRS

Attn: Civil Process Clerk
U.S. Attorney, District of Oregon
1000 SW 3rd, #600
Portland, OR 97204-2936
IRS

Attn: Attorney General of
United States
10th Constitution NW #4400
Washington, DC 20530
Kraemer's Nursery, Inc.

c/o Saalfeld Griggs PC
Attn: Shannon Martinez
PO Box 470
Salem, OR 97308
KCK Farms LLC

11483 SE. Amity-Dayton Hwy
Dayton, Or 97114

Kubota Credit Corporation
PO Box 9013
Addison, Texas 75001

McKinnon Nursery
c/o Bob & Nancy
13835 Buttleville Rd.
Gervais, OR 97026

Northwest Farm Credit Services, FLCA
Northwest Farm Credit Services, PCA
c/o Gina Anne Johnnie
PO Box 2247
Salem, OR 97308

Northwest Farm Credit Services, PCA
Northwest Farm Credit Services, FLCA
650 Hawthorne Ave Se, Ste 210
Salem, OR 97301

Nursery Connection, LLC
2655 Pacific Hwy 99
Hubbard, OR 97032

Oregon Department of Revenue
955 Center St NE
Salem, OR 97301-2555

ODR
c/o Ellen Rosenblum, Attorney
General Oregon Department of Justice
1162 Court St, NE
Salem, OR 97301-4096

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Portfolio Recovery Associates, LLC
c/o Hawaiian Airlines
POB 41067
Norfolk VA 23541

Woodburn Nursery & Azaleas
13009 Mckee School Rd. NE
Woodburn, Or 97071

Steven S. Sobella
Brenda K. Sobella
PO Box 1138
Boring, OR 97009

Sobella Nursery, Inc.
Attn: Steve S. Sobella
PO Box 1138
Boring, OR 97009

Virginia Andrews Burdette
Chapter 12 Trustee
5506 6th Ave S Suite 207
Seattle, WA 98108

US Trustee's Office
620 SW Main Street, Rm 213
Portland, OR 97205

**The preferred mailing address (p) has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 341(f) and Fed.R.Bank.P. 2002 (g)(4).:**

IRS
Attn: Attorney General
of United States
10th Constitution NW #4400
Washington, DC 20530

End of Label Matrix:
Mailable recipients    24
Bypassed recipients     1
Total                  25