# VANDEN BOS & CHAPMAN, LLP
## ATTORNEYS AT LAW

ROBERT J VANDEN BOS
ANN K. CHAPMAN
DOUGLAS R. RICKS*
CHRISTOPHER N. COYLE*

SUITE 520, THE SPAULDING BUILDING
319 SW WASHINGTON STREET
PORTLAND, OREGON 97204-2690
Website: vbcattorneys.com

TELEPHONE
(503) 241-4869

FAX
(503) 241-3731

Sender's Email:
Bob@vbcattorneys.com

*Also Admitted in Washington

June 19, 2018

The Honorable David W. Hercher
U.S. Bankruptcy Court
1001 SW 5th Ave., Ste. 700
Portland, OR 97204

    Re:    In re Steve S. and and Brenda K. Sobella
              Chapter 12 Bankruptcy Case No. 17-34449-dwh12 (Lead Case); and
              In re Sobella Nursery, Inc.;
              Ch 12 Bankruptcy Case No. 17-34446-dwh12
              Our File No. 7177

Dear Judge Hercher:

    I am writing this letter pursuant to LBR 9011-1(c) (2) to advise the court as follows:

1. On April 12, 2018 the law firm of Vanden Bos & Chapman, LLP ("VBC") filed its Application for Chapter 12 Initial Compensation of Attorney for Debtor (Docket No. 145) ("Initial Application");

2. As no hearing on the Initial Application was ever scheduled, my interpretation is that the matter was taken under advisement as of the date of filing (April 12, 2018);

3. Notice of VBC's Initial Application was duly served on the requisite parties on April 12, 2018;

4. The deadline for filing objections to the Initial Application was May 3, 2018. No objections were filed.

5. On May 17, 2018 VBC notified the Court that no objections had been filed to its Initial Application. VBC uploaded a form of the proposed order approving the requested fees and advised the Court that neither the Chapter 12 Trustee nor the counsel for the secured lender (Gina Johnnie) had any objection to the form of the proposed order. (See Docket entry 177)

6. As an accommodation to the Debtors, and also to encompass any potential concerns/adjustments which the Court might find appropriate, VBC voluntarily discounted its fees shown on the Initial Application by

$14,240.00, not counting many other time entries on the billing statement for activities for which the Debtors were not charged;

7. Pending approval of the fees requested in VBC's Initial Application, the Chapter 12 Trustee is currently holding approximately $30,000 of available funds for distribution to VBC.

Thank you for the Court's consideration of this matter.

                Sincerely,

                VANDEN BOS & CHAPMAN, LLP

                <u>/s/Robert J Vanden Bos</u>
                Robert J Vanden Bos

RJVB:sc

cc:    Steve S. and Brenda K. Sobella
       Virginia Andrews Burdette – via ECF
       Gina A. Johnnie – via ECF
       Nicholas Henderson – via ECF