Below is an Order of the Court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 17-34449-dwh12 |
|---|---|
| Steven S. Sobella<br>Brenda K. Sobella<br><br>Debtors. | ORDER AWARDING INITIAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTORS' PROFESSIONAL<br>(Vanden Bos & Chapman, LLP) |

THIS MATTER came before the Court on the Notice and Application for Chapter 12 Initial Compensation of Attorney for Debtor (Docket No. 145). Vanden Bos & Chapman, LLP ("VBC") requested approval of $122,857.48 for legal services and $1,406.72 for expenses. Debtors paid counsel $10,024.00 prior to filing leaving a balance owed VBC of $114,240.00. On April 12, 2018, all creditors filing claims and parties in interest were served with the Notice of Application for Initial Compensation for Ch. 12 Debtor's Attorney. The time for filing objections has now expired. Based on the record herein which discloses that no objections were filed, now therefore,

/ / /

/ / /

Page 1 of 2   ORDER AWARDING INITIAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTORS' PROFESSIONAL (Vanden Bos & Chapman, LLP)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 17-34449-dwh12    Doc 193    Filed 06/20/18

IT IS HEREBY ORDERED:

1.  The Application of VBC for compensation and reimbursement of expenses in the amount of $124,264.20 is hereby approved on an interim basis.

2.  VBC has as an accommodation to the Debtors voluntarily discounted its billings through March 31, 2018, by the sum of $14,240, leaving a balance owed by Debtors of $100,000.

3.  The Chapter 12 Trustee is authorized and directed to pay VBC the balance owed of $100,000.00 in accordance with the terms of the confirmed Chapter 12 Plan.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

PRESENTED BY:

VANDEN BOS & CHAPMAN, LLP


By: /s/Robert J Vanden Bos
    Robert J Vanden Bos, OSB #781002
    Of Attorneys for Debtors


**First Class Mail:**

Steven S. Sobella
Brenda K. Sobella
PO Box 1138
Boring, OR 97009

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Sobella Nursery, Inc.
Attn: Steve S. Sobella
PO Box 1138
Boring, OR 97009

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

Page 2 of 2    ORDER AWARDING INITIAL COMPENSATION AND REIMBURSEMENT
               OF EXPENSES TO DEBTORS' PROFESSIONAL
               (Vanden Bos & Chapman, LLP)

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 17-34449-dwh12    Doc 193    Filed 06/20/18