Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Bankruptcy Case Nos.: |
|---|---|
| Steven S. Sobella<br>Brenda K. Sobella<br>Sobella Nursery, Inc.,<br><br>Debtors. | 17-34449-tmb12 (Lead Case)<br><br>17-34446-tmb12<br><br>STIPULATED PROTECTIVE ORDER |

IT IS HEREBY STIPULATED AND AGREED by the Debtors, Steven B. and Brenda K. Sobella ("Sobellas"), and Sobella Nursery, Inc. (Sobella Nursery) (collectively "Debtors"), the Chapter 12 Trustee, Virginia A. Burdette ("Trustee"), Northwest Farm Credit FLCA ("NWFC FLCA"), and Northwest Farm Credit PCA ("NWFC PCA") collectively referred to as the "parties" and each a "party" as follows:

    (a)    All documents produced in connection with the above-referenced case related to the listing, marketing, and sale of the property located at 35490 SE Hwy 26, Sandy, OR 97055 between these parties that are designated "CONFIDENTIAL" (hereinafter the "protected materials"), and all copies made of the protected materials, may be used by the

Page 1 of 4   STIPULATED PROTECTIVE ORDER

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 17-34449-dwh12   Doc 202   Filed 02/01/19

parties hereto only for the purposes of this action or any related action or hearing, unless otherwise ordered by this Court. Except as required by law, the protected materials may be disclosed only: To any and all parties (and their attorneys) pursuant to a request for production of documents or other formal or informal discovery request or order of this Court; and

(b) To any consultants, advisors or experts interviewed or consulted by, or on behalf of, the parties or their attorneys and, if necessary, their insurers, reinsurers and auditors.

2. If a party (or its attorneys) makes disclosure of any protected materials to any of the persons designated in the above section (b), the person making such disclosure shall advise each such person to whom disclosure is made concerning the terms of this Order and shall make such disclosure subject to written agreement to comply therewith.

3. To appropriately be deemed confidential, a party must, in good faith, believe a document contains commercially sensitive, confidential or proprietary information or confidential personal or personnel information and must have the following legend placed on the face of the document: "CONFIDENTIAL." In lieu of marking this notation on the original of documents, a party may mark the copies that are produced. Parties may also designate multiple documents as confidential by designating, for example, boxes or computer disks as such.

4. Inadvertent production of privileged material shall not constitute a waiver of any applicable privilege. Upon the discovery of such inadvertent production, the producing party shall notify the parties in receipt of the material, who will promptly either return or destroy the material.

Page 2 of 4   STIPULATED PROTECTIVE ORDER

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 17-34449-dwh12    Doc 202    Filed 02/01/19

5. In the event that any party objects to the designation of a document designated as confidential or argues that the inadvertent production of documents or information constitutes a waiver of privilege, the objecting party or person shall notify the producing party in writing of such objection, specifying the document or information at issue. If the producing and the objecting party or person are unable to agree on a resolution of the dispute after consultation with one another, the objecting party or person shall file a motion with the Court requesting the Court to resolve the issue of confidentiality or waiver of privilege of the document pursuant to sections 3 or 4 of this Order.

6. Unless otherwise required by applicable non-bankruptcy law or regulation, within 30 days following the date on which NWFC FLCA and NWFC PCA are paid in full, the attorneys and any person to whom protected materials have been disclosed pursuant to the terms hereof shall destroy or assemble and return to counsel for the producing party all protected materials.

7. In the event a party seeks to use protected materials in support of or in opposition to any motion that requires that the protected materials be filed with the Court, the materials will be filed under seal, designated "Confidential." In the event a party seeks to use protected materials at hearing, the manner of filing the materials as exhibits and mechanics for the use of such materials at hearing shall be such as to attempt to maintain the confidentiality of the documents. Where protected materials are used in depositions, those portions of the deposition transcripts describing or incorporating any protected materials shall be designated confidential either by designating them as such during the deposition or in writing by letter served on all counsel.

Page 3 of 4    STIPULATED PROTECTIVE ORDER

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 17-34449-dwh12    Doc 202    Filed 02/01/19

8. This Protective Order shall be without prejudice to the rights of any party to seek a modification of any of its terms; provided however that the terms herein shall remain in force unless and until modified.

###

IT IS SO STIPULATED:

| VANDEN BOS & CHAPMAN, LLP | SHERMAN SHERMAN JOHNNIE & HOYT |
|---|---|
| By: /s/Douglas R. Ricks<br>Douglas R. Ricks, OSB #044026<br>Of Attorneys for Debtors<br>Steven S. and Brenda K. Sobella | By: /s/Gina Anne Johnnie<br>Gina Anne Johnnie, OSB No. 872630<br>Of Attorneys for Creditors Northwest<br>Farm Credit Services FLCA and<br>Northwest Farm Credit Services, PCA |
| MOTSCHENBACHER & BLATTNER LLP | VIRGINIA A. BURDETTE, CHAPTER 12 TRUSTEE |
| By: /s/Nicholas J. Henderson<br>Nicholas J. Henderson, OSB #074027<br>Of Attorneys for Debtor<br>Sobella Nursery, Inc. | By: /s/ Virginia A. Burdette<br>Virginia A. Burdette<br>Chapter 12 Trustee |

**PRESENTED BY:**

VANDEN BOS & CHAPMAN, LLP

By: /s/Douglas R. Ricks
    Douglas R. Ricks, OSB #044026
    Of Attorneys for Debtors
    Steven S. and Brenda K. Sobella

**LBR 9021-1 CERTIFICATION**
I certify that I have complied with the requirement of LBR 9021-1(a);

By: /s/Douglas R. Ricks
    Douglas R. Ricks, OSB #044026
    Of Attorneys for Debtors
    Steven S. and Brenda K. Sobella

**First Class Mail:**

Steven S. Sobella
Brenda K. Sobella
PO Box 1138
Boring, OR 97009

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Sobella Nursery, Inc.
Attn: Steve S. Sobella
PO Box 1138
Boring, OR 97009

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

Page 4 of 4    STIPULATED PROTECTIVE ORDER

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 17-34449-dwh12    Doc 202    Filed 02/01/19