| 06/01/2020 | MONDAY | Judge David W Hercher |
|---|---|---|

**1:45 PM 17-34449 dwh 12 bk** Steven Scott Sobella and Brenda Kay Sobella

**Refiled Notice and Motion to Sell Free and Clear of Liens Filed By Jointly Administered Debtor Sobella Nursery, Inc. (224)**

| | |
|---|---|
| Steven Scott Sobella - db | DOUG RICKS |
| Brenda Kay Sobella - jdb | |
| Virginia Andrews Burdette - tr | |
| Northwest Farm Credit Services - cr | GINA JOHNNIE |

Evidentiary Hearing:   Yes: ☐   No: ☑

Court continued this hearing to 6/11/2020 at 1:45 p.m. TEL.

Order to be prepared by:  ☐ Clerk's Office   ☐ Chambers   ☐

DOCKET ENTRY:

Run Date:   05/30/20

Case 17-34449-dwh12   Doc 227   Filed 06/01/20